ACCEPTED
03-15-00522-CV
8023248
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/30/2015 11:04:37 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00522-CV

In the Third Court of Appeals

Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/30/2015 11:04:37 PM
JEFFREY D. KYLE
Clerk

**MICHAEL W. SCHUETZ AND JAMIE K. SCHUETZ**, *APPELLANTS*

*v.*

**SOURCE ONE MORTGAGE SERVICES CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; CITIMORTGAGE, INC.; BARRETT DAFFIN FRAPPIER TURNER & ENGLE; ROBERT FERGUSON, AND BARBARA FERGUSON**, *APPELLEES*

APPEAL FROM CAUSE NO. C2013-1445C
274TH DISTRICT COURT OF COMAL COUNTY, TEXAS
HON. DIB WALDRIP PRESIDING

## APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

Stephen Casey
Texas Bar No. 24065015

CASEY LAW OFFICE, P.C.
595 Round Rock West Drive
Suite 102
Round Rock, Texas 78681
Telephone: 512-257-1324
Fax: 512-853-4098
stephen@caseylawoffice.us

ORAL
ARGUMENT
REQUESTED

*Counsel for Appellants*
*Michael W. Schuetz and Jamie K. Schuetz*

i

## GROUNDS FOR MOTION

1.  Appellant's Brief was due to be filed in Court on November 23, 2015.

2.  Appellant's counsel did not receive any notice informing counsel of the date the brief was due in Court, therefore missing the due date.

3.  Counsel retained a new email service company prior to the Thanksgiving break and did not receive the notice of the 23rd due date.

4.  After implementing a new e-mail system over the holiday weekend, on Saturday, November 28, 2015, Counsel saw the Court's notice of the new due date for the brief.

5.  Appellant is asking for a 7-day extension, making the due date November 30, 2015.

6.  This is Appellant's second request for an extension.


## PRAYER

For the foregoing reasons, Appellant prays the Court will grant the motion and file

the attached brief.


Respectfully submitted,


   /s/ Stephen Casey

Stephen Casey
Texas Bar No. 24065015

595 Round Rock West Drive, Suite 102
Round Rock, Texas 78681
Telephone: 512-257-1324
Fax: 512-853-4098

1

stephen@caseylawoffice.us

## CERTIFICATE OF CONFERENCE

I hereby certify that I have attempted conference with opposing counsels, via e-mail, on November 30, 2015.  I have not heard back from opposing counsels at the time of this filing.


/s/Stephen Casey


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion has been served on Monday, November 30, 2015, on the following via electronic transmission:


John Ellis
Locke Lord LLP
600 Congress Avenue, Suite 2200
Austin, TX 78701
(512) 305-4700-Phone
(512) 305-4800-Fax
jellis@lockelord.com

Mark D. Hopkins
Hopkins & Williams, P.L.L.C.
12117 Bee Caves Road, Suite 260
Austin, TX 78738
(512) 600-4320-Phone
(512) 600-4326-Fax
mark@hopkinswilliams.com

David G. Pfeuffer
Brazle & Pfeuffer
170 E. San Antonio Street
New Braunfels, TX 78130
(830) 629-8008-Phone
(830) 629-2161-Fax
dpfeuffer@nblawyers.net

/s/ Stephen Casey